DAVID M. REAVES
Bankruptcy Trustee
P.O. BOX 44320
PHOENIX, AZ 85064
(602) 241-0101

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| FAINT, RAYMOND M. | ) | CASE NO. 2-04-bk-20145-SSC |
| FAINT, CYNTHIA, | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

DAVID M. REAVES, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 5 | American Express Travel Related Svcs Co Inc<br>Corp Card<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | $0.53 |
| 8 | Nordstrom FSB<br>Attn Payment Processing<br>POB 13599<br>Scottsdale, Arizona 85267-3599 | $2.99 |
| 14 | Monogram Credit Card Bank of Georgia<br>DBA Men's Warehouse<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | $2.14 |
| 15 | Chase Manhattan Bank USA, NA<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave., Suite 900<br>Seattle, WA 98121 | $4.17 |
| 16 | Desert Schools Federal Credit Union<br>P.O. Box 2942<br>Phoenix, AZ 85062-2942 | $0.67 |
| 17 | Monogram Credit Card Bank of Georgia<br>dba LINENS N THINGS<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | $.061 |
| 18 | FDS Bank/Macy*s<br>TSYS Debt Mgmt., Inc<br>Po Box 137 | $0.52 |

| 19 | FDS Bank/Macy*s<br>TSYS Debt Mgmt., Inc<br>Po Box 137<br>Columbus, Ga  31902 | $0.53 |
|---|---|---|
| 23 | Pitney Bowes Credit Corp<br>27 Waterview Drive<br>Shelton, Ct 06484<br>Attn:, RC  Dept | $1.99 |

| | |
|---|---|
| *September 9, 2009*<br>DATE | */s/ David M. Reaves*<br>David M. Reaves, Trustee |